# SALMON ♦ RICCHEZZA ♦ SINGER & TURCHI LLP

JEFFREY A. SEGAL
856-842-0762
segal@srstlaw.com

www.srstlaw.com

110 EAST 59th STREET
22nd FLOOR
NEW YORK, NY 10022

TELEPHONE: 646-432-5508
FAX: 646-432-5509

March 1, 2024

**VIA EFILING**

District Judge Hon. Cathy Seibel
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

**RE: Rosemary A. Marquis v. James Anthony Rose and U.S. Xpress Leasing, Inc.**
7:24-cv-00572-CS Marquis v. Rose et al
**DOL: 3/29/2023**
**Our File No. 400495**

Dear Judge Cathy Seibel:

We represent the defendants, James Anthony Rose and U.S. Xpress Leasing, Inc., in the above matter. In preparation for the upcoming initial conference, we spoke with plaintiff counsel, Glenn Kroll, Esq., who advised he is not barred in the Southern District of New York. As such, is working to transfer this case to new counsel for further handling. Respectfully, we hereby request the initial conference scheduled on March 6, 2024 be adjourned for at least 30 days and rescheduled at the Court's convenience to allow time for new counsel to be assigned.

Thank you for your consideration.

Respectfully Submitted,

SALMON, RICCHEZZA, SINGER & TURCHI LLP

By: /s/ Jeffrey A. Segal
Jeffrey A. Segal

Cc: Glenn David Kroll, Esquire

Initial conference adjourned to April 11, 2024 at 10:15 a.m. Defendants are directed to immediately file the answer they filed in the state court (as set forth in paragraph 6 of the notice of removal). Defendants are also directed to promptly send a copy of this endorsement to counsel for Plaintiff, who shall ensure that counsel admitted to practice in this court is in place before the conference.

3/1/24        SO ORDERED.

*Cathy Seibel*
CATHY SEIBEL, U.S.D.J.

{J0999331.DOCX}