UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

Marquis.,

                         Plaintiffs,          **ORDER RE STATUS CONFERENCE**

       -against-

Rose, et al.,                                    **7:24-cv-572 VR**

                        Defendant.

-----------------------------------------------------------------X

**VICTORIA REZNIK, United States Magistrate Judge:**

      A Status Conference (via telephone) is hereby scheduled for **October 2, 2024 at 10:30 am.** The parties are to dial in to the ATT conference line at 877-336-1839, enter access code **5999739** and then # to enter the conference. At the Status Conference, the parties should be prepared to discuss the following:

      (1) a brief summary of claims, defenses, and relevant issues;
      (2) the basis of subject matter jurisdiction;
      (3) the subjects on which discovery may be needed;
      (4) any anticipated discovery disputes or sought-after limitations on discovery;
      (5) any plans for electronic discovery and ESI protocols;
      (6) any plans for confidentiality orders and orders relating to Fed. R. Evid. 502(d);
      (7) any anticipated motions; and
      (8) the prospects and timing for early settlement or resolution.

      **SO ORDERED.**

DATED:    White Plains, New York
                 September 20, 2024

                                                                _____
                                                                VICTORIA REZNIK
                                                                United States Magistrate Judge